UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Paul Shoemaker | : | CASE NO.  13-58213 |
| | | : | |
| | | : | CHAPTER 7 |
| | DEBTOR(S) | : | |
| | | : | JUDGE PRESTON |
| | | : | |
| | | : | CHANGE OF ADDRESS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Come now Debtor(s), by counsel, and gives this Court notice of change of address as follows:

Paul Shoemaker
6016 Grand Blvd
New Port Richey, FL 34652


/s/ Claire R. Fried
Claire R. Fried
869 N Mulberry Street
Chillicothe, Ohio 45601
(740) 773-9000

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the Change of Address was served by ECF at the email addresses registered with the court upon the following:

Amy Bostic – Chapter 7 Trustee
U.S. Trustee (Columbus)

this 27th day of August 2015.

/s/ Claire R. Fried
Claire R. Fried
86 N Mulberry Street
Chillicothe, Ohio 45601
(740) 773-9000